Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Brian L. Bradford
Nevada Bar No. 9518
brian.bradford@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888
*Attorneys for Defendants State of Nevada ex rel. Board of Regents for the Nevada System of Higher Education on behalf of University of Nevada, Las Vegas, Leonard Jessup, Richard Clark, Gerry Bomotti and Lori Temple*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| HILLERY PICHON, FRANK LOURENCO, DANIEL ZORICK and ROBERT GRIPENTOG,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA *ex rel* BOARD OF REGENTS FOR THE NEVADA SYSTEM OF HIGHER EDUCATION on behalf of UNIVERSITY OF NEVADA, LAS VEGAS; PRESIDENT LEONARD "LEN" JESSUP, individually and in his official capacity; RICHARD CLARK, individually and in his official capacity; GERRY BOMOTTI, individually and in his official capacity; LORI TEMPLE, individually and in her official capacity; CRYSTAL ZUKE, individually and in her official capacity; DOES 1 through X; inclusive,<br><br>Defendants. | Case No.  2:16-cv-03030-MMD-VCF<br><br>**DEFENDANTS' REQUEST FOR EXCEPTION TO ENE ATTENDANCE REQUIREMENTS** |

Pursuant to the Court's January 3, 2017 Order scheduling an Early Neutral Evaluation ("ENE") [ECF No. 5] and L.R. 16-6(c), Defendants Leonard Jessup ("Jessup") and Gerry Bomotti

("Bomotti") (collectively, "Defendants"), by and through undersigned counsel, hereby request to be excused from personal attendance at the ENE currently scheduled for March 21, 2017 before Magistrate Judge Nancy J. Koppe.

Plaintiffs Hillery Pichon ("Pichon"), Frank Lourenco ("Lourenco"), Daniel Zorick ("Zorick") and Robert Gripentog ("Gripentog") (collectively, "Plaintiffs") have filed suit against their employer, the State of Nevada *ex. rel.* Board of Regents of the Nevada System of Higher Education on behalf of the University of Nevada, Las Vegas ("UNLV"), alleging a number of claims involving allegations of discrimination, wage and hour violations, and invasion of privacy. As part of their claims, Plaintiffs named several Defendants in their individual capacity, including University President Jessup and University Senior Vice President for Finance and Business Bomotti.[1]

Defendants request that Jessup and Bomotti be excused from attendance at the ENE. Both Jessup and Bomotti will be heavily involved in several budgetary hearings in the upcoming state legislative session, which will render it virtually impossible to participate in the ENE.[2] Their presence should not be necessary overall, as Nancy Rapoport ("Rapoport"), Special Counsel to the President of UNLV, will attend the ENE and has binding authority to settle the matter on behalf of all Defendants in this action. As Rapoport has participated in a previous private mediation with the parties in this action, she will have sufficient familiarity with the claims involved in this matter.

. . .

. . .

. . .

. . .

. . .

---

[1] Defendants filed a Motion to Dismiss [ECF No. 7], seeking, *inter alia*, to dismiss all individual Defendants from the action with prejudice. The Motion asserts: (1) Title VII, which comprises the majority of the allegations in this action, does not allow for individual liability; and (2) none of the remaining causes of action include factual allegations against any of the individual Defendants.

[2] While the ENE is currently scheduled for March 21, 2017, Defendants intend to file a Stipulation and Order to Continue the ENE due to scheduling conflicts.

Accordingly, Defendants believe that it would be unnecessary to require the in-person attendance of either Jessup or Bomotti and request that the Court permit the same.

DATED this 17th day of January, 2017.

                                      OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                      /s/ Brian L. Bradford
                                      Anthony L. Martin
                                      Nevada Bar No. 8177
                                      Brian L. Bradford
                                      Nevada Bar No. 9518
                                      Wells Fargo Tower
                                      Suite 1500
                                      3800 Howard Hughes Parkway
                                      Las Vegas, NV  89169
                                      *Attorneys for Defendants State of Nevada ex rel. Board of Regents for the Nevada System of Higher Education on behalf of University of Nevada, Las Vegas, Leonard Jessup, Richard Clark, Gerry Bomotti and Lori Temple*

IT IS SO ORDERED.
Dated: January 23, 2017

_____
United States Magistrate Judge

3