Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Brian L. Bradford
Nevada Bar No. 9518
brian.bradford@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant The State Of Nevada Ex Rel. Board Of Regents Of The Nevada System Of Higher Education On Behalf Of The University Of Nevada, Las Vegas*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HILLERY PICHON, FRANK LOURENCO, DANIEL ZORICK and ROBERT GRIPENTOG,<br><br>Plaintiffs,<br><br>vs.<br><br>THE STATE OF NEVADA *EX REL* BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF THE UNIVERSITY OF NEVADA, LAS VEGAS,<br><br>Defendant. | Case No. 2:16-cv-03030-MMD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS**<br><br>**(FIRST REQUEST)** |

Defendant The State of Nevada *Ex Rel*. Board of Regents of The Nevada System of Higher Education on Behalf of The University of Nevada, Las Vegas ("Defendant") and Plaintiffs Hillery Pichon, Frank Lourenco, Daniel Zorick and Robert Gripentog (collectively, "Plaintiffs"), by and through undersigned counsel, hereby stipulate and request that the dispositive motion deadline set forth in the Minutes of Proceedings (ECF No. 70) be extended by three (3) weeks. The current deadline for dispositive motions is Monday, March 12, 2018. The parties respectfully request that

the deadline for dispositive motions be moved to Monday, April 2, 2018, and any response date by extended by 10 days. This request is submitted pursuant to LR 6-1, 6-2, 7-1 and 26-4 and is the parties' first request for an extension concerning the dispositive motions.

There is good cause for this requested extension. Defendant's counsel has recently been involved in a motor vehicle accident.

For all the reasons stated above, good cause exists to extend the discovery cut-off in this matter.

DATED this 1st day of March, 2018.   DATED this 1st day of March, 2018.

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

/s/ *Richard Segerblom*   /s/ *Brian L. Bradford*

| Richard "Tick" Segerblom | Anthony L. Martin |
| Nevada Bar No. 1010 | Nevada Bar No. 8177 |
| 701 E. Bridger, Ste. 520 | Brian L. Bradford |
| Las Vegas, NV 89101 | Nevada Bar No. 9518 |
| *Attorneys for Plaintiffs* | Wells Fargo Tower |
| | Suite 1500 |
| | 3800 Howard Hughes Parkway |
| | Las Vegas, NV 89169 |
| | *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE
  3-1-2018
_____
DATE

2