1  Richard Segerblom, State Bar No. 1010
   701 E. Bridger, Ste. 520
2  Las Vegas, NV  89101
   702.388.9600
3  rsegerblom@lvcoxmail.com
   *Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HILLERY PICHON, FRANK LOURENCO, DANIEL ZORICK and ROBERT GRIPENTOG,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA *ex rel* BOARD OF REGENTS FOR THE NEVADA SYSTEM OF HIGHER EDUCATION on behalf of UNIVERSITY OF NEVADA, LAS VEGAS,<br><br>Defendant. | CASE NO. 2:16-cv-03030-MMD-VCF |

**STIPULATION AND ORDER TO EXTEND DEADLINE
FOR OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT**

Plaintiffs Hillery Pichon, Frank Lourenco, Daniel Zorick and Robert Gripentog and

Defendant State of Nevada *ex rel* BOARD OF REGENTS FOR THE NEVADA SYSTEM OF

HIGHER EDUCATION, by and through undersigned counsel, hereby stipulate and request that

the deadline to file oppositions to motions for summary judgment be extended by three (3)

weeks.  The current deadline is Monday, April 23, 2018.  The parties respectfully request that the

deadline be moved to Monday, May 14, 2018, and any response day be extended by 10 days.

This request is submitted pursuant to LR 6-1, 6-2, 7-1 and 26-4 and is the parties' first request

for an extension concerning the oppositions to dispositive motions.

There is good cause for this requested extension. Plaintiff's counsel is a sole practitioner, currently serving as a State Senator and running for election to Clark County Commissioner, District E, in the June 12, 2018 primary. Because there are only 7 weeks left to campaign in that election Plaintiff's counsel is unable to adequately research and write the oppositions in question within the scheduled time period.

For all the reasons stated above, good cause exists to extend the discovery cut-off in this matter.

DATED THIS 23rd day of April, 2018.　　　DATED this 23rd day of April, 2018.

//Richard Segerblom　　　　　　　　　　　//Brian Bradford

| Richard Segerblom | Anthony Martin |
| Bar No. 1010 | Bar No. 8177 |
| 701 E. Bridger, Ste. 520 | Brian Bradford |
| Las Vegas, NV 89101 | Nevada Bar No. 9518 |
| Attorney for Plaintiffs | Wells Fargo Tower |
| | Suite 1500 |
| | 3800 Howard Hughes Parkway |
| | Las Vegas, NV 89169 |
| | Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

 April 23, 2018
_____
DATE