UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| HILLERY PICHON; *et al.*, | Case No. 2:16-cv-03030-MMD-VCF |
|---|---|
| Plaintiffs, | |
| v. | ORDER |
| STATE OF NEVADA *ex rel.* BOARD OF REGENTS FOR THE NEVADA SYSTEM OF HIGHER EDUCATION on behalf of UNIVERSITY OF NEVADA, LAS VEGAS, | |
| Defendant. | |

Plaintiffs bring this action against the State of Nevada *ex rel.* Board of Regents of the Nevada System of Higher Education asserting claims arising out of their employment with the University of Nevada, Las Vegas. Defendant filed separate motions for summary judgment against each Plaintiff ("Motions"). (ECF Nos. 73, 76, 79, 82.) The Court granted the parties' stipulation, extending the deadline for Plaintiffs to respond to Defendant's Motions. (ECF No. 86.) When Plaintiffs did not timely respond, the Court *sua sponte* gave Plaintiffs additional time to respond. (ECF No. 93.) In response, Plaintiffs, through their counsel, filed a notice of non-opposition to Defendant's Motion. (ECF No. 94.) Accordingly, the Court will grant Defendant's Motions.

It is therefore ordered that Defendant's motions for summary judgment (ECF Nos. 73, 76, 79, 82) are granted.

The Clerk is directed to enter judgment in favor of Defendant in accordance with this order and close this case.

DATED THIS 31st day of July 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

1